IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DEAN PEEK, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 3:03-cv-423-MEF |
| | ) | |
| RALPH HOOKS, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

# **FINAL JUDGMENT**

After an independent review of the file, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Petitioner's Written Objections to the Magistrate Judge's Report and Recommendation (Doc. # 21) filed on December 12, 2006, are OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. # 20) filed on December 5, 2006, is ADOPTED.

3. The petition for writ of habeas corpus filed by Petitioner (Doc. # 1) is DENIED.

4. This case is DISMISSED with prejudice.

DONE this the 8th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE